FILED
CLERK, U.S. DISTRICT COURT
1/26/24
CENTRAL DISTRICT OF CALIFORNIA
BY: CS DEPUTY
FEE PAID

TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

United States District Court For The
Central District Of California

PLAINTIFF

CV24-764-JAK(JPRx)

TODD MICHAEL SCHULTZ

vs.

COMPLAINT FOR
DAMAGES AND PRAYER
FOR RELIEF

DEFENDANTS

HON DAVID T. BRISTOW
CA SUPERIOR COURT
JANE DOE
JOHN DOE
HON. MICHAEL F.
WHITAKER
Central District Court CA

## INTRODUCTION

1) On January 24th, I spent the entire day, from 10 to 4, at the 1st street Courthouse in Downtown Los Angeles and waiting on the phone for David T. Bristow to begin a hearing where I would speak on Britney Spears deserving a 9 billion dollar USD settlement from the state, claimed that Alec Baldwin was set up, in many many ways, and his family as well, wife Hilaria, and daughter Ireland. It's everyone. Hailey Bieber. Justin Beiber. Where is the justice for this family? David T. Bristow contributed to the obstruction of justice for these individuals and they shall all have damages against him for such obstruction, as will I, Todd Michael Schultz. Who was conned out of a court case that I win every time. Obviously. This will reiterate the case of 10715-JAK-DTB and include David T Bristow and the LA DISTRICT COURT as defendants for his insane behavior that should see him arrested immediately.

The Dept 207 at Beverly Hills Courthouse, a division of the CA - Los Angeles Superior Court, engages in blatant RICO conspiracy to obstruct justice. These defendants must be criminally investigated as soon as a competent judge reads this for it amounts to an unholy conspiracy against humanity. There are at minimum two defendants, Jane Doe and John Doe, who I can verify commited a conspiracy to not file motions that were given to them. "I'll put this in his mailbox," Jane Doe, the clerk in room 300 at Beverly Hills Courthouse. I asked, "Does that mean he'll file it?" She replied rudely for lack of better term, "I don't know." This did not make sense to me at the time and after a hearing on December 14th at 8:30 on Case No. 23SMCV05033, Judge Whitaker claimed he had never received the motions. I have experienced several, upwards of 5 rejections that seemed to lack substantive issue. Additionally, a Writ of Mandate petition I filed, which asked in and of itself for a STAY on proceedings, a new Judge and a ruling, Dept. 207 at Beverly Hills Courthouse held onto the document for a full week before rejecting it, while accepting a Motion to Oppose Quash which I eFiled after the Petition for Writ of Mandate. They simply ignored it for a week.

2) The blatant conspiracy conducted by Jane Doe who was at room 300 at around 4 pm on Friday December 8th, 2023 and John Doe, whom she consulted with, and was sitting at a cubicle no more than 20 feet away from me. They whispered something I could not discern. After saying she'd put it in Judge Whitaker's mailbox, it's unreasonable not to make the assumption that this was a conspiracy to commit obstruction of justice which may be filed civilly under 42 USC 1983.

## VENUE

3) Both Federal and State courts have jurisdiction over this issue, but due to a potential conflict of interest deem that the Central District of Los Angeles - Central District is the best location for all parties to have due process.

## JURISDICTION

4) All defendants acted under the color of law and failed to provide me with my legal and constitutional right to due process in a legal setting, thus violating the Fifth Amendment of the United States' Bill of Rights.

5) Plaintiff, in Pro Per, Todd Michael Schultz is a resident of California and filed a State Superior Court Lawsuit on October 25th 2023. to me at the time and after a hearing on December 14th at 8:30 on Case No. 23SMCV05033.

6) Department 207 consists of Jane Doe, John Doe and Judge Michael E. Whitaker to the best of my knowledge. There may be more parties with liability.

## PARTIES

7) The County of Los Angeles is also a defendant due to their reckless negligence in allowing for such a blatant scheme, which has been iterated and reiterated many times on The Robing Room website (robingroom.com). Judge Whitaker and his clerks have received very negative reviews and this behavior was suggested by many of the rulings and filing rejections which denied plaintiff of Due Process for substantial justice, a Constitutional right.

## SUMMARY OF EVENTS

8) On December 8th, 2023, a Friday afternoon, at around 4 PM, I delivered a Motion for Preemptory Challenge of Judge Whitaker in respect to case 23SMCV05033.

9) It had been rejected via eFile with the message, "You must come into the courthouse to file a Preemptory Challenge.

10) When I arrived at room 300, the adminstrative office where Jane Doe was standing behind the civil division window, I provided her with two documents A Motion For Preemptory Challenge and a Declaration in Support of Preemptory Challenge.

11) I asked the Clerk if she could file it. She told me I had to go into the courtroom. I told her there was a trial going on and could I file it with her, the Clerk?

12) She reviewed the documents briefly and she took it back to be reviewed by a colleague at a cubicle in the offices of room 300 at the Beverly Hills Courthouse.

13) There was a trial going on and I did not feel it appropriate to hand a motion for preemptory challenge directly to the judge. To my knowledge a Clerk is at the very least supposed to know" how things are filed and when or not they will be.

14) At a hearing on December 14th, scheduled at 8:30 AM, I asked Judge Whitaker if he had received the motion. He stated "no". This is an obstruction of due process under the color of law commited by Jane Doe, John Doe and possibly, and very likely Judge Whitaker. (42 USC 1983)

15) Prior to what amounted to the most egregious and visible misconduct I had received many bizarre and what I consider unnecessary rejections from Dept. 207's clerk via Rapid Legal, the eFiling application for Superior Court.

16) I eFiled a Petition for Writ of Mandate the day before Thanksgiving on the Rapid Legal eFile system and the next day, I filed a Motion for Opposition To Quash, a necessary move, knowing that I could not count on the positive ruling from the Supreme Court of California.

17) I received the accepted Opposition to Quash on Monday, Dec 1st 2023 and a rejection of my Petition for Writ of Mandate on Friday Dec 8th, 2023.

19) I called the day after the hearing asking for the minute order and was told it would be out that day. "It's a 24 hour turnaround," the female phone attendant said. She sounded sick and had a very scratchy voice that morning.

20) The hearing on Decemeber 14th exposes the corruption outright when it was discovered that Judge Whitaker either did not receive any of these documents - two of which were said to be placed in his mailbox a week prior to the hearing - or there is a broader conspiracy going in Department 207 to obstruct justice.

21) Bribery should be inquired into on my behalf so that I may obtain maximum remedy. Other abuses of power should be considered, too, as this was clearly an abuse of power, and truly, likely, an ongoing (throughout my case) abuse of power. A true conspiracy at the Beverly Hills Courthouse.

22) Judge David T Bristow was appointed as Magistrate Judge at Riverside on November 22nd, 11 days after I filed a declaration stating Whitaker was bias. Per CCP 170.6, Whitaker should have recused. Bristow helped him cover up his crimes by not holding a hearing on Thursday

23) Petitioners may sue for relief under Fed 1983, and 42 USC 1983. This was overtly obstruction of my legal due process, a federal, consitituationally honored right. I handed a formatted legal Motion to a clerk and was told it would be placed in the mailbox of the judge and the judge told me a week later he'd never seen it. This is absurd and must be adjudicated. Even if it were a mistake, it's a mistake that must be remedied with legal relief.

## CONCLUSIONS

24) The absolute audacity at this behavior is highly concerning and it must further codified into law that this type of behavior deprives individuals and victims of their constitutional right to due process, and cannot be a standard.

## PRAYER FOR RELIEF

25) All members of the clerk and lower staff should be ordered to pay $2,000,000 in punitive damages and an equivalent amount for infliction of emotional distress.

25) Judge Whitaker and Judge Bristow will be ordered to pay $10,000,000 or more in punitive damages, and equivalent in emotional distress.

26) The county should be ordered to pay all my legal fees for case SMCV05033 and pay $50,000,000 in emotion distress damages. This lawsuit is millions of dollars in damages and the penalties must reflect the value of what is a viable lawsuit with personal jurisdiction.

27) Provided the court can, it should compel the State Superior Court and the District Court of California - Central District - to provide what is just personal jurisdiction based on the facts of the aforementioned case and cooperate in depositions. Everything must be told. All crimes will be discovered.

28) An audit of all California Courts should be mandatory and funds allotted for such an audit. I should be paid a percentage of the cost of the audit for filing the suit in pro per, using my time, which is more valuable than the courts.

Dated: January 25th, 2024          Signed by Todd Michael Schultz

                                   In Pro Per