NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Todd Michael Schultz in pro per
918 N. Doheny Dr #1103
West Hollywood, CA 90069

FILED
CLERK, U.S. DISTRICT COURT
1/26/24
CENTRAL DISTRICT OF CALIFORNIA
BY: CS  DEPUTY

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Todd Michael Schultz

Plaintiff(s),

v.

Hon. David T Bristow; CA Central Division District Court - Riverside; Jane Doe; John Doe; Hon. Michael E. Whitaker; Superior Court of CA

Defendant(s)

CASE NUMBER:

CV24-764-JAK(JPRx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Hon. David T Bristow; | Defendant |
| CA Central Division District Court - Riverside; | Defendant |
| Jane Doe; | Defandant |
| John Doe; | Defendant |
| Hon. Michael E. Whitaker; | Defendant |
| Superior Court of CA - Los Angeles CA Superior Court | Defendant |
| Todd Michael Schultz | Plaintiff |

1/25/2024
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Todd Michael Schultz

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES