**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD MICHAEL SCHULTZ,<br><br>PLAINTIFF(S)<br><br>v.<br><br>DAVID T. BRISTOW, et al.,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>LA CV24-00764 JAK (JPRx)<br><br>ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |

IT IS ORDERED that the Application for Permission for Electronic Filing by __Todd Michael Schultz__ is hereby:

☐ **GRANTED**

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: _____

_____
United States District/Magistrate Judge

☑ **DENIED**

*Comments:* Order revoking eFiling privileges issued on February 5, 2024 in case no. LA CV23-10715 JAK (DTBx)

Dated: February 5, 2024

_____
United States District/Magistrate Judge