**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Todd Michael Schultz | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:24-cv-00764-JAK-JPR |
| v. | |
| Hon David T. Bristow, et. al., | **NOTICE OF CLERICAL ERROR** |
| DEFENDANT(S) | |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry   have/has been corrected as indicated below.

Title of scanned document: _____

Filed date: _____ Document Number(s): _____

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected.  The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern  division. The case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern  division. The former case number _____ has been changed to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF   was stamped on the document.  The correct date is _____ .

☐ Document is missing page number(s): _____

☒ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials:  2:24-cv-00764-JAK

☒ Other:   Magistrate Judge assigned in error.  Pursuant to General Orders 05-07, and 23-15, cases in which a federal judicial officer is named as a defendant are exempt from being referred to a magistrate judge.  The Magistrate Judge will be removed from this case.

CLERK, U.S. DISTRICT COURT

Date: March 6, 2024

By: Chris Sawyer, (213) 894-3535
Deputy Clerk

G-11 (06/23)                    NOTICE OF CLERICAL ERROR